GAETANO BENENATI, Plaintiff, v. DOMINICK PUGLIESE & SONS, Defendant and Third-Party Plaintiff-Appellant. JOSEPH BUCCELLATO et al., Third-Party Defendants-Respondents.—

Hopkins, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

ALLAN BYER, Appellant, v. NANCY L. BYER, Respondent.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.